CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-0306-PMP (LRL)<br>) |
| ANTHONY RUFO, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On August 5, 2010, defendant ANTHONY RUFO pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant ANTHONY RUFO shall pay a criminal forfeiture money judgment of $300,000.00 in United States Currency to the United states of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY RUFO a criminal forfeiture money judgment in the amount of $300,000.00 in United States Currency.

DATED this ___5th___ day of ___August___, 2010.

_____
UNITED STATES DISTRICT JUDGE