**FILED**

JUN 29 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )  Plaintiff, ) | |
| ) v. ) | 2:10-CR-306-PMP (GWF) |
| ANTHONY RUFO, ) | |
| )  Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on August 5, 2010, that ANTHONY RUFO shall pay a criminal forfeiture money judgment of $300,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853. Docket #5.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY RUFO a criminal forfeiture money judgment in the amount of $300,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

DATED this 29th day of _June_, 2011.

_____
UNITED STATES DISTRICT JUDGE