UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00306-PMP-GWF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ANTHONY RUFO | ) | |
| Defendants. | ) | |

The Court having read and considered Defendant's Motion to Extend Self Surrender Date (Doc. #26) filed August 17, 2011 and the Government's Response thereto (Doc. #27) filed August 18, 2011, and good cause appearing,

**IT IS ORDERED that** Defendant Anthony Rufo's Motion to Extend Self Surrender Date (Doc. #26) is **GRANTED** to the limited extent that Defendant's Self Surrender Date is hereby extended two weeks, to and including **Tuesday, September 13, 2011**.

DATED: August 23, 2011.

_____
PHILIP M. PRO
United States District Judge