UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00306-PMP-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ANTHONY RUFO ) | |
| Defendants. ) | |

In the Reply Memorandum (Doc. #37) filed June 12, 2013, Defendant Rufo withdraws Defendant Rufo's First 2255 Motion (Doc. #33), filed May 20, 2013.

**IT IS THEREFORE ORDERED** that Defendant Rufo's First 2255 Motion (Doc. #33) is hereby withdrawn.

DATED: July 5, 2013.

PHILIP M. PRO
United States District Judge